Sung T. Kim (SBN 277052)
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff
BENITO BAUTISTA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RUBEN RODRIGUEZ d/b/a DON RUBEN; and DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:17-cv-03517-JFW (JEMx)**<br><br>**Request for Entry of Default (as to Ruben Rodriguez d/b/a Don Ruben)** |

　　TO:　THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Benito Bautista hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Ruben Rodriguez d/b/a Don Ruben, on the ground that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the Complaint on Ruben Rodriguez d/b/a Don Ruben on June 14, 2017 as evidenced by the proof of service of summons on file with this Court.

//
//
//
//

1  Dated: August 14, 2017                    ADVANCED DISABILITY ADVOCATES

                                    By:    _/s/ Sung T. Kim_____
                                           Sung T. Kim, Esq.
                                           Attorneys for Plaintiff

REQUEST FOR ENTRY OF DEFAULT - 2